264 AVERY (Pros. Attorney) vs. CIRCUIT JUDGE (St. Clair), No. 14067.

To vacate order quashing an information charging that at, etc., on etc., one Malcolm "unlawfully did dispose of personal property, to wit, one suit of clothes of the value of twenty-five dollars, to one, John Jones, by way of lottery."

Granted April 11, 1894.

The motion to quash set forth (1) that said information set forth no crime known to the law; (2) that the evidence returned by said justice, which is conceded to be all that can be produced, does not show that the plan conducted by defendant constituted a lottery, and (3) that by consent of the prosecuting attorney, the questions raised were to be determined on said motion.